IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACKIE D. POTTS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-15-0608-HE |
| ) | |
| GEFCO, INC., ) | |
| ) | |
| Defendant. ) | |

### ADMINISTRATIVE CLOSING ORDER

The court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **thirty (30) days** from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 24th day of August, 2016.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE