## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. JACKIE D. POTTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-608-HE |
| | ) | |
| 1. GEFCO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 7th DAY OF OCTOBER, 2016.**

| | |
|---|---|
| s/Amber Hurst | s/ Rosemarie L. Hill |
| Mark Hammons, OBA No. 3748 | *(Signed by filing party with permission)* |
| Amber L. Hurst, OBA No. 21231 | Rosemarie L. Hill |
| 325 Dean A. McGee Ave. | Justin L. Furrow |
| Oklahoma City, Oklahoma 73102 | Chambliss, Bahner & Stophel, P.C. |
| Telephone: (405) 235-6100 | Liberty Tower, Suite 1700 |
| Facsimile: (405) 235-6111 | 605 Chestnut Street |
| Email: amber@hammonslaw.com | Chattanooga, TN 37450 |
| *Counsel for Plaintiff* | Telephone: 423-757-0242; 423-757-0221 |
| | Facsimile: 423-508-1242; 423-508-1221 |
| | Email: rhill@chamblisslaw.com |
| | jfurrow@chamblisslaw.com |
| | |
| | -and- |
| | |
| | Anne E. Zachritz |
| | Andrews Davis, P.C. |
| | 100 N. Broadway, Suite 3300 |
| | Oklahoma City, OK 73102 |
| | Telephone: 405-272-9241 |
| | Facsimile: 405-235-8786 |
| | Email: aezachritz@andrewsdavis.com |
| | *Attorneys for Defendant* |